**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: OJIBAH, CHARLES SR.  § | Case No. 09-13611-BWB |
| RITA OJIBAH                 § | |
|                             § | |
| Debtor(s)                   § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S DEARBORN STREET
   7TH FLOOR
   CHICAGO, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 05/28/2010 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  <u>04/27/2010</u>         By:  <u>/s/THOMAS B. SULLIVAN, TRUSTEE</u>
                                                                   Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: OJIBAH, CHARLES SR. § Case No. 09-13611-BWB
RITA OJIBAH §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 9,001.43 |
| *and approved disbursements of* | $ 7.65 |
| *leaving a balance on hand of* [1] | $ 8,993.78 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS B. SULLIVAN, TRUSTEE | $ 1,650.12 | $ 315.00 |
| *Attorney for trustee* | Grochocinski, Grochocinski & Lloyd, Ltd. | $ 4,212.50 | $ 45.09 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 106,438.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                                Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 4,899.29 | $ 127.54 |
| 2 | Chase Bank USA, N.A. | $ 4,073.70 | $ 106.05 |
| 3 | Chase Bank USA, N.A. | $ 10,037.92 | $ 261.31 |
| 4 | PYOD LLC as assignee of Citibank. c/o Resurgent Capital Svcs | $ 20,714.14 | $ 539.24 |
| 6 | Fia Card Services, NA/Bank of America | $ 22,262.93 | $ 579.55 |
| 7 | Fia Card Services, NA/Bank of America | $ 11,143.09 | $ 290.08 |
| 8 | Fia Card Services, NA/Bank of America | $ 33,307.40 | $ 867.07 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                        Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                        Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 1                  Date Rcvd: Apr 28, 2010
Case: 09-13611                Form ID: pdf006              Total Noticed: 31

The following entities were noticed by first class mail on Apr 30, 2010.
db/jdb      +Charles Patrick Ojibah, Sr.,    Rita Chukwunonso Ojibah,    3488 Fairway Drive,
              Crete, IL 60417-1000
aty         +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty         +Mario M Arreola,    Law Offices Of Peter Francis Geraci,    55 East Monroe St Suite #3400,
              Chicago, IL 60603-5920
aty         +Michael A Phelps,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Nathan E Curtis,    Geraci Law, LLC,    55 E. Monroe St. # 3400,    Chicago, IL 60603-5920
tr          +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
14756404    +BAC Home Loan Servicing, LP,    7105 Corporate Drive,    Plano, TX 75024-4100
13795386    +Bank of America,    PO Box 15168,    Wilmington, DE 19850-5168
13795399    +Bank of America,    Attn: Bankruptcy Dept.,    PO Box 15168,    Wilmington, DE 19850-5168
13795379    +Bank of America,    Attn: Bankruptcy Dept.,    201 N Tryon St,    Charlotte, NC 28202-2146
13795385    +Bank of America,    Bankruptcy Dept.,    PO Box 17054,    Wilmington, DE 19850-7054
13795392    +Barclays Bank Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
13795383    +Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,    Richmond, VA 23285-5520
13795377    +Castle Bank NA,    Attn: Bankruptcy Dept.,    141 W Lincoln Hwy,    Dekalb, IL 60115-3699
13795384    +Chase,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
15100636     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13795387    +Citibank,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
13795380    +Citimortgage Inc,    Attn: Bankruptcy Dept.,    Po Box 9438,    Gaithersburg, MD 20898-9438
13795378    +Clerk, Chancery,    Doc# 09-CH-14431,    50 W. Washington St., Room 802,    Chicago, IL 60602-1305
13795381    +Countrywide Home Loans,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
13795374    +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 105873,    Atlanta, GA 30348-5873
13795390    +Fifth Third Bank,    Attn: Bankruptcy Dept.,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13795391    +HSBC Bank,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
13795382    +HSBC/Music,    Attn: Bankruptcy Dept.,    Po Box 703,    Wood Dale, IL 60191-0703
13795400    +John B. McClellan, M.D.,    Attn: Bankruptcy Dept.,    5540 W. 111th St.,    Oak Lawn, IL 60453-5574
13795402    +Jupiter,    Attn: Bankruptcy Dept.,    PO Box 13337,    Philadelphia, PA 19101-3337
15149203    +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
13795401    +Reward Zone Mastercard,    Attn: Bankruptcy Dept.,    PO Box 80045,    Salinas, CA 93912-0045
13795376     TRW Consumer Assistance,    Attn: Bankruptcy Dept.,    P.O. Box 2350,    Chatsworth, CA 913132350
13795375    +Transunion Credit Information,    Attn: Bankruptcy Dept.,    8200 E. 32nd Street N.,
              Wichita, KS 67226-2606

The following entities were noticed by electronic transmission on Apr 28, 2010.
15266172     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2010 09:24:15
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13795389*   +Bank of America,    PO Box 15168,    Wilmington, DE 19850-5168
13795398*   +Bank of America,    PO Box 15168,    Wilmington, DE 19850-5168
13795388*   +Bank of America,    Bankruptcy Dept.,    PO Box 17054,    Wilmington, DE 19850-7054
13795397*   +Bank of America,    Bankruptcy Dept.,    PO Box 17054,    Wilmington, DE 19850-7054
13795393*   +Chase,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13795394*   +Chase,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13795395*   +Fifth Third Bank,    Attn: Bankruptcy Dept.,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13795396*   +Fifth Third Bank,    Attn: Bankruptcy Dept.,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
                                                                                              TOTALS: 0, * 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 30, 2010**          **Signature:** _Joseph Speetjens_