**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: OJIBAH, CHARLES SR. § Case No. 09-13611-BWB
      RITA OJIBAH §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $113,300.00 | Assets Exempt: $60,731.00 |
| Total Distribution to Claimants: $3,489.00 | Claims Discharged Without Payment: $102,949.47 |
| Total Expenses of Administration: $5,512.86 | |

    3) Total gross receipts of $ 9,001.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,001.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,230.36 | 5,512.86 | 5,512.86 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 127,152.61 | 106,438.47 | 3,489.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $133,382.97 | $111,951.33 | $9,001.86 |

4) This case was originally filed under Chapter 7 on April 16, 2009.
. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2010          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT CONVEYANCE | 1241-000 | 9,000.00 |
| Interest Income | 1270-000 | 1.86 |
| **TOTAL GROSS RECEIPTS** | | **$9,001.86** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,650.12 | 1,650.12 | 1,650.12 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 315.00 | 315.00 | 315.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 45.09 | 45.09 | 45.09 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 4,212.50 | 3,495.00 | 3,495.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 7.65 | 7.65 | 7.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,230.36 | 5,512.86 | 5,512.86 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | N/A | 4,899.29 | 4,899.29 | 160.60 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 4,073.70 | 4,073.70 | 133.53 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 10,037.92 | 10,037.92 | 329.04 |
| PYOD LLC as assignee of Citibank. c/o Resurgent | 7100-000 | N/A | 20,714.14 | 20,714.14 | 679.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 20,714.14 | 0.00 | 0.00 |
| Fia Card Services, NA/Bank of America | 7100-000 | N/A | 22,262.93 | 22,262.93 | 729.77 |
| Fia Card Services, NA/Bank of America | 7100-000 | N/A | 11,143.09 | 11,143.09 | 365.26 |
| Fia Card Services, NA/Bank of America | 7100-000 | N/A | 33,307.40 | 33,307.40 | 1,091.80 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 127,152.61 | 106,438.47 | 3,489.00 |

**UST Form 101-7-TDR (9/1/2009)**

Case 09-13611 Doc 70 Filed 08/12/10 Entered 08/12/10 10:55:43 Desc Main
Document Page 6 of 11

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-13611-BWB  
**Case Name:** OJIBAH, CHARLES SR.  
RITA OJIBAH  
**Period Ending:** 07/19/10

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 04/16/09 (f)  
**§341(a) Meeting Date:** 12/31/10  
**Claims Bar Date:** 04/27/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 510 W. 17TH CHICAGO HEIGHTS IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | 3488 FAIRWAY DRIVE, CRETE, IL | 225,000.00 | 0.00 | | 0.00 | FA |
| 3 | 14618 SPAULDING AVENUE, HARVEY, IL | 105,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | FIRST MIDWEST BANK | 510.00 | 0.00 | | 0.00 | FA |
| 5 | BANK FINANCIAL | 325.00 | 0.00 | | 0.00 | FA |
| 6 | FIFTH THIRD BANK | 16.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | BOOKS ETC. | 100.00 | 0.00 | | 0.00 | FA |
| 9 | WEARING APPAREL | 130.00 | 0.00 | | 0.00 | FA |
| 10 | FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 11 | PENSION | 20,000.00 | 0.00 | | 0.00 | FA |
| 12 | BOND | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1998 NISSAN ALTIMA | 650.00 | 0.00 | | 0.00 | FA |
| 14 | 2006 CHEVY IMPALA | 8,300.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2006 DOGE CARAVAN | 4,125.00 | 0.00 | | 0.00 | FA |
| 16 | FRAUDULENT CONVEYANCE (u) | 9,000.00 | 9,000.00 | | 9,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.86 | FA |
| 17 | Assets Totals (Excluding unknown values) | **$507,356.00** | **$9,000.00** | | **$9,001.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

    1/8/10 SETTLED CLAIM AGAINST DEBTORS

**Initial Projected Date Of Final Report (TFR):** September 30, 2010     **Current Projected Date Of Final Report (TFR):** April 27, 2010 (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-13611-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | OJIBAH, CHARLES SR. <br> RITA OJIBAH | Bank Name: <br> Account: | JPMORGAN CHASE BANK, N.A. <br> ***-*****01-65 - Money Market Account |
| Taxpayer ID #: | **-***0203 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/19/10 | Separate Bond: | N/A |

| 1 <br> Trans. Date | 2 <br> {Ref #} / Check # | 3 <br> Paid To / Received From | 4 <br> Description of Transaction | T-Code | 5 <br> Receipts $ | 6 <br> Disbursements $ | 7 <br> Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/09 | {16} | RITA OJIBAH | | 1241-000 | 9,000.00 | | 9,000.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 9,000.11 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,000.46 |
| 02/05/10 | 1001 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-13611, BOND#016026455 <br> Voided on 02/05/10 | 2300-000 | | 7.65 | 8,992.81 |
| 02/05/10 | 1001 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-13611, BOND#016026455 <br> Voided: check issued on 02/05/10 | 2300-000 | | -7.65 | 9,000.46 |
| 02/05/10 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-13611, BOND#016026455 | 2300-000 | | 7.65 | 8,992.81 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,993.15 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 8,993.55 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.23 | | 8,993.78 |
| 04/20/10 | | Wire out to BNYM account 9200******0165 | Wire out to BNYM account 9200******0165 | 9999-000 | -8,993.78 | | 0.00 |
| | | | ACCOUNT TOTALS | | 7.65 | 7.65 | $0.00 |
| | | | Less: Bank Transfers | | -8,993.78 | 0.00 | |
| | | | **Subtotal** | | 9,001.43 | 7.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,001.43** | **$7.65** | |

{} Asset reference(s)

Printed: 07/19/2010 10:22 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-13611-BWB  
**Case Name:** OJIBAH, CHARLES SR.  
RITA OJIBAH  
**Taxpayer ID #:** **-***0203  
**Period Ending:** 07/19/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****01-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 07/19/2010 10:22 AM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-13611-BWB  
**Case Name:** OJIBAH, CHARLES SR.  
RITA OJIBAH  
**Taxpayer ID #:** **-***0203  
**Period Ending:** 07/19/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0165 | Wire in from JPMorgan Chase Bank, N.A. account ********0165 | 9999-000 | 8,993.78 | | 8,993.78 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.13 | | 8,993.91 |
| 05/25/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0500% | 1270-000 | 0.30 | | 8,994.21 |
| 05/25/10 | | To Account #9200******0166 | TRANSFER TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 8,994.21 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,994.21 | 8,994.21 | $0.00 |
| | | | Less: Bank Transfers | | 8,993.78 | 8,994.21 | |
| | | | **Subtotal** | | 0.43 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.43** | **$0.00** | |

{} Asset reference(s)  
Printed: 07/19/2010 10:22 AM   V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-13611-BWB
**Case Name:** OJIBAH, CHARLES SR. / RITA OJIBAH
**Taxpayer ID #:** **-***0203
**Period Ending:** 07/19/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******01-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/10 | | From Account #9200******0165 | TRANSFER TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 8,994.21 | | 8,994.21 |
| 06/02/10 | 10101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,650.12, Trustee Compensation; Reference: | 2100-000 | | 1,650.12 | 7,344.09 |
| 06/02/10 | 10102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $315.00, Trustee Expenses; Reference: | 2200-000 | | 315.00 | 7,029.09 |
| 06/02/10 | 10103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $45.09, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 45.09 | 6,984.00 |
| 06/02/10 | 10104 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $3,495.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,495.00 | 3,489.00 |
| 06/02/10 | 10105 | Chase Bank USA, N.A. | Dividend paid 3.27% on $4,899.29; Claim# 1; Filed: $4,899.29; Reference: | 7100-000 | | 160.60 | 3,328.40 |
| 06/02/10 | 10106 | Chase Bank USA, N.A. | Dividend paid 3.27% on $4,073.70; Claim# 2; Filed: $4,073.70; Reference: | 7100-000 | | 133.53 | 3,194.87 |
| 06/02/10 | 10107 | Chase Bank USA, N.A. | Dividend paid 3.27% on $10,037.92; Claim# 3; Filed: $10,037.92; Reference: | 7100-000 | | 329.04 | 2,865.83 |
| 06/02/10 | 10108 | PYOD LLC as assignee of Citibank. c/o Resurgent Capital Svcs | Dividend paid 3.27% on $20,714.14; Claim# 4; Filed: $20,714.14; Reference: | 7100-000 | | 679.00 | 2,186.83 |
| 06/02/10 | 10109 | Fia Card Services, NA/Bank of America | Dividend paid 3.27% on $22,262.93; Claim# 6; Filed: $22,262.93; Reference: | 7100-000 | | 729.77 | 1,457.06 |
| 06/02/10 | 10110 | Fia Card Services, NA/Bank of America | Dividend paid 3.27% on $11,143.09; Claim# 7; Filed: $11,143.09; Reference: | 7100-000 | | 365.26 | 1,091.80 |
| 06/02/10 | 10111 | Fia Card Services, NA/Bank of America | Dividend paid 3.27% on $33,307.40; Claim# 8; Filed: $33,307.40; Reference: | 7100-000 | | 1,091.80 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 8,994.21 | 8,994.21 | $0.00 |
| Less: Bank Transfers | 8,994.21 | 0.00 | |
| **Subtotal** | 0.00 | 8,994.21 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$8,994.21** | |

{} Asset reference(s)

Printed: 07/19/2010 10:22 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | | |
|---|---|---|
| **Case Number:** | 09-13611-BWB | |
| **Case Name:** | OJIBAH, CHARLES SR. | |
| | RITA OJIBAH | |
| **Taxpayer ID #:** | **-***0203 | |
| **Period Ending:** | 07/19/10 | |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******01-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****01-65** | 9,001.43 | 7.65 | 0.00 |
| **Checking # ***-*****01-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******01-65** | 0.43 | 0.00 | 0.00 |
| **Checking # 9200-******01-66** | 0.00 | 8,994.21 | 0.00 |
| | **$9,001.86** | **$9,001.86** | **$0.00** |

{} Asset reference(s)                                                                                          Printed: 07/19/2010 10:22 AM    V.12.08